IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02457-BNB

DALE I. WILLIAMS,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service (Western Area),

Defendant.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 14, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-02457-BNB

Dale I. Williams
18827 E. 61st Ave.
Golden, CO 80403

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/14/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk