IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02457–WYD–KMT

DALE I. WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General United States Postal Service (Western Area) Agency,

    Defendant.

## ORDER

    This matter is before the court on "Defendant's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f)(2)" (Doc. No. 20, filed January 11, 2011).

    Federal Rule of Procedure 12(f) provides that "[t]he court may strike from a *pleading* an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f) (emphasis added). Motions and other papers are not pleadings. *See* Fed. R. Civ. Pro. 7. "[T]here is no provision in the Federal Rules of Civil Procedure for motions to strike motions and memoranda." *Searcy v. Soc. Sec. Admin.*, No. 91-4181, 1992 WL 43490, at *2, (10th Cir. March 2, 1992)(unpublished). "Only material included in a 'pleading' may be the subject of a motion to strike, and courts have been unwilling to construe the term broadly. Motions, briefs, or memoranda, objections, or affidavits may not be attacked by the motion to strike." 2 JAMES WM. MOORE ET.AL., MOORE'S FEDERAL PRACTICE § 12.37[2] (3d ed. 2004)

(cited with approval in *Searcy*).  Plaintiff's "Objection" (Doc. No. 18) is not a pleading that may be the subject of a motion to strike.

Accordingly,  "Defendant's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f)(2)" (Doc. No. 20) is DENIED.

Dated this 11th day of January, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge