IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02457–WYD–KMT

DALE I. WILLIAMS,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General United States Postal Service (Western Area) Agency,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Suppress/Disallow Exhibit 1 Final Agency Decision in their Motion to dismiss Civil Action No. 10-cv-02457-WYD-KMT Williams v. Potter" (Doc. No. 37, filed February 16, 2011) is DENIED. When analyzing a motion to dismiss filed pursuant to Fed. R. Civ. P. 12(b)(1), "a party may go beyond allegations contained in the complaint and challenge the facts upon which subject matter jurisdiction depends . . . . A court has wide discretion to allow affidavits, other documents, and a limited evidentiary hearing to resolve disputed jurisdictional facts under Rule 12(b)(1)." *Holt v. United States*, 46 F.3d 1000, 1003 (10th Cir. 1995). Documents appropriate for consideration in determining jurisdiction under Fed. R. Civ. P. 12(b)(1) include the underlying EEOC charge. *See e.g. Jones v. Runyon*, 91 F.3d 1398, 1400 (10th Cir. 1996); *Jenkins v. Educational Credit Management Corp.*, 212 F. App'x. 729, 732 (10th Cir.2007)(not selected for publication). Exhibit 1 attached to Defendant's Motion to Dismiss is related to the underlying EEOC charge and is submitted for review on Defendant's motion to dismiss for lack of subject matter jurisdiction for Plaintiff's failure to exhaust his administrative remedies.

Dated: March 3, 2011