IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02457–WYD–KMT

DALE I. WILLIAMS,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General United States Postal Service (Western Area) Agency,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Quash" (Doc. No. 58, filed March 15, 2011) is GRANTED. The proper procedure for Plaintiff to obtain documents is by serving requests to the defendant, not its attorney, pursuant to Fed. R. Civ. P. 34. The Subpoenas attached to Defendant's motion and served by Plaintiff on Defendant's counsel are QUASHED.

Dated: March 15, 2011