IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02457-WYD-KMT

DALE I. WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service (Western Area),

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING
MAGISTRATE JUDGE RECOMMENDATION**

---

THIS MATTER is before the Court in connection with Plaintiff's *pro se* motion styled "Motion to include the following parties as Joinder of Parties as Defendants in this civil action: Greg Crist-United States Postal Service.  Keith Coleman-United States Postal Service.  Jarman Smith-United States Postal Service.  Julie Shaffer-United States Postal Service.  Servo Garza-United States Postal Service.  Alan Catlin-United States Postal Service.  Jamie Osborn-United States Postal Service.  Josh Fordham-United States Postal Service.  Les Carruthers-United States Postal Service.  Selwyn Epperson-United States Postal Service.  Greg Penson-United States Postal Service", filed February 11, 2011 [ECF No. 32].  Defendant filed a response on February 25, 2011.  This motion was referred to Magistrate Judge Tafoya for a recommendation by memorandum dated February 11, 2011.  A Recommendation of United States

-1-

Magistrate Judge was issued on March 2, 2011 [ECF No. 51], and is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Magistrate Judge Tafoya recommends therein that Plaintiff's motion be denied because the only proper defendant in this Title VII action is the head of the agency or department in which the plaintiff is employed, and Plaintiff's attempt to join additional defendants is improper and would be futile.  *See* 42 U.S.C. § 2000e-16(c); Recommendation at 2-3.

Magistrate Judge Tafoya advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. Despite this advisement, no objections were filed by any party to the Magistrate Judge's Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I agree with Magistrate Judge Tafoya that Plaintiff's request

---

[1]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

to add the additional parties set forth in his motion would be futile. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated March 2, 2011 [ECF No. 51], is **AFFIRMED and ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that Plaintiff's *pro se* motion to amend, filed February 11, 2011 [ECF No. 32] is **DENIED**.

Dated: March 21, 2011

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge